IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY W. GASTON, | No. 2:21-CV-0727-WBS-DMC-P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| J. PICKETT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 3, 2022, the Court directed Petitioner to submit either a completed application for leave to proceed in forma pauperis or the full filing fee for this action within 30 days. Petitioner was warned that failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110. To date, Petitioner has failed to comply.

///
///
///
///
///
///

1

1        Based on the foregoing, the undersigned recommends that this action be
2 dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and
3 orders.
4        These findings and recommendations are submitted to the United States District
5 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days
6 after being served with these findings and recommendations, any party may file written
7 objections with the court.  Responses to objections shall be filed within 14 days after service of
8 objections.  Failure to file objections within the specified time may waive the right to appeal. See
9 Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

11 Dated:  July 25, 2022

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE